___



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COUT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  DIANE PERRY**　　　　　　　　　　　　　**CASE NO: 16-10643**
　　　　**DEBTOR**　　　　　　　　　　　　　　　　**CHAPTER 13**

___

## ORDER
___

An Objection to the Claim filed by United Consumer Financial Services has been filed by the Debtor.  After notice and no written responses having been filed within the time prescribed by law, it is;

ORDERED that the secured claim of United Consumer Financial Services is hereby allowed in the amount of $200.00 to be paid at an annum interest rate of 5% over the life of the plan.  The remaining $1,439.05 is hereby only allowed as a general unsecured claim.

**##END OF ORDER###**

PRESENTED BY:

*/s/ R. Gawyn Mitchell*_____
R. GAWYN MITCHELL, 3383
Attorney for Debtor
112 5th Street South
Post Office Box 1216
Columbus, MS  39703-1216
(662) 327-3344